UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALTER CRUZ-ZAVALA,<br><br>            Plaintiff,<br><br>   v.<br><br>MERRICK B. GARLAND, et al.,<br><br>            Defendants. | Case No. 20-CV-06972-LHK<br><br>**JUDGMENT** |

On March 29, 2021, the Court granted in part and denied in part Petitioner's petition for writ of habeas corpus. ECF No. 25. Specifically, the Court ordered the Immigration Judge to reconsider Petitioner's motion for custody redetermination pursuant to 8 C.F.R. § 1003.19(e) under the correct legal standard within thirty (30) days. The Court denied Petitioner's other forms of relief requested in his petition for writ of habeas corpus. Accordingly, judgment is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 29, 2021

                                                         *Lucy H. Koh*
                                                   LUCY H. KOH
                                                   United States District Judge